IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO GALLEGOS, | 1:13-cv-00221-MJS (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| C. GIPSON, Warden, | (Doc. 4) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On February 25, 2013, Petitioner filed an application to proceed in forma pauperis. Due to the fact that the Court authorized Petitioner to proceed in forma pauperis in the present case on February 12, 2013, IT IS HEREBY ORDERED THAT Petitioner's application of February 25, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   February 28, 2013         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE