UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO GALLEGOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. GIPSON, Warden,<br><br>　　　　Respondent. | 1:13-cv-00221 MJS HC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION FOR EVIDENTIARY HEARING<br><br>(Docs. 10, 15) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 7, 2013, the undersigned dismissed the petition challenging Petitioner's gang validation proceeding. On June 3, 2013, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b) and a motion for an evidentiary hearing.

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> 　(1) mistake, inadvertence, surprise, or excusable neglect;
> 　(2) newly discovered evidence that, with reasonable diligence,

-1-

>could not have been discovered in time to move for a new trial under Rule 59(b);
>(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
>(4) the judgment is void;
>(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
>(6) any other reason that justifies relief.

Petitioner submits no arguments or evidence not already considered by this Court. Petitioner simply challenges the sufficiency and credibility of the evidence used to validate him as a gang associate. Even if that evidence lacked indicia of reliability, Respondent based the decision to validate Petitioner on some evidence. Accordingly, Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's motion for reconsideration and motion for evidentiary hearing are DENIED.

IT IS SO ORDERED.

Dated:   July 23, 2013           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

-2-